BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
BAO M. VU (SB #277970)
bao.vu@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANNICA B. BOWEN, a.k.a. ANNICA PALACIO, individually, and on behalf of similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>JEA SENIOR LIVING HEALTH & WELFARE BENEFIT PLAN, LLC, a Washington Limited Liability Company, WILLOW SPRINGS MANAGEMENT CA, LLC, a Delaware Limited Liability Company, Blossom Grove, CA, LLC, a Delaware Limited Liability company, Empire Ranch Alzheimer's Special Care Center, a business entity form unknown and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02318-TLN-KJN<br><br>ORDER GRANTING JOINT APPLICATION FOR EXTENSION OF DEADLINES IN AMENDED PRETRIAL SCHEDULING ORDER SO THE PARTIES CAN MEDIATE |

ORDER

The Court has reviewed the Joint Application for an extension of the deadlines in the Court's Amended Pretrial Scheduling Order issued on December 21, 2020 (Dkt. No. 25) filed by Plaintiff Annica B. Bowen, aka. Annica Palacio and Defendants JEA Senior Living Health & Welfare Benefit Plan LLC, Willow Springs Management, CA, LLC, Blossom Grove, CA, LLC, Folsom Investors, L.P. dba Empire Ranch Alzheimer's Special Care Center, erroneously sued as "Empire Ranch Alzheimer's Special Care Center" (collectively the "Parties").

Good cause appearing, IT IS HEREBY ORDERED THAT:

The Parties' request to modify the scheduling orders is GRANTED.

The previously issued scheduling orders are modified as follows:

| Deadline | Previous Date | New Date |
| --- | --- | --- |
| Phase I (Class Certification) – Discovery | August 2, 2021 | November 1, 2021 |
| Phase I (Class Certification) – Disclosure of Expert Witness | October 1, 2021 | December 30, 2021 |
| Phase I (Class Certification) –Class Certification Motion | December 1, 2021 | March 1, 2022 |
| Post-Certification Case Activity – All Related Deadlines | To be set following Class Certification Hearing | To be set following Class Certification Hearing |

IT IS SO ORDERED.

DATE: June 23, 2021

_____
Troy L. Nunley
United States District Judge